**[J-84-2014]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 51 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Superior |
| | : Court at No. 148 MDA 2013, dated |
| | : November 12, 2013, affirming the Order of |
| v. | : the Centre County Court of Common |
| | : Pleas, Criminal Division, at No. |
| | : CP-14-CR-0000992-2008, dated |
| LEESHAY BENNAIM, | : December 19, 2012 |
| | : |
| Appellee | : ARGUED:   October 7, 2014 |

## ORDER

**PER CURIAM**                                    **DECIDED: November 12, 2014**

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.

Former Justice McCaffery did not participate in the decision of this case.